DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KERBY CADET,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2681

[December 4, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 99-23229CF10A; 00-4093CF10A; 00-4462CF10A.

Kerby Cadet, Margate, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***